UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

JULIO ALFREDO GOMEZ-HERNANDEZ,

Defendant.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ MAY 26 2011 ★

LONG ISLAND OFFICE

ORDER

CR-10-0768 (ADS)

The above named defendant pleaded guilty before **United States Magistrate Judge A. KATHLEEN TOMLINSON** on May 25, 2011 and, upon completion of the proceeding, the Magistrate Judge recommended that the District Court accept the defendant's guilty plea.

The Court hereby accepts the guilty plea recommendation of Magistrate Judge Tomlinson.

Dated: May 26, 2011

HONORABLE ARTHUR D. SPATT, U.S.D.J.